IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

MUIRNA LYNN ODOM                                                                      PLAINTIFF

     v.                              CIVIL NO. 3:25-03011

MARION COUNTY QUORUM COURT                                                    DEFENDANT
CHUCK VAN VELKINBURGH
SANDRA LEE
TRAVIS HOPSON
KOLTON JENSEN
JOHN REED
LESLIE KERWOOD
WESLEY SHIPMAN
TOMMY DORSEY
TOMMY DEAN JOHNSON
SHERIFF GREG ALEXANDER
DEPUTY RYAN BEASLY
JANE DOES 1-3
JOHN DOES 1-3

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

On February 11, 2025, Plaintiff filed a Complaint pursuant 42 U.S.C. § 1983. (ECF No. 1). However, more information was needed, and Plaintiff was ordered to file an amended complaint by April 3, 2025. (ECF No. 9). A Show Cause Order for failure to obey the order to file an amended complaint was issued on April 4, 2025, and Plaintiff was directed to respond by April 25, 2025. (ECF No. 10). To date, Plaintiff has not filed an amended complaint and has not responded to the Court's Show Cause Order.

Therefore, it is **RECOMMENDED** that Plaintiff's case be **DISMISSED** without prejudice on the grounds that she has failed to respond to a Court order. *See* Fed. R. Civ. Pro. 41(b). **The parties have fourteen (14) days from receipt of the Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are**

**reminded that objections must be both timely and specific to trigger de novo review by the district court.**

      **RECOMMENDED** this 1st day of May 2025.

                                                */s/ Christy Comstock*
                                            HON. CHRISTY COMSTOCK
                                            UNITED STATES MAGISTRATE JUDGE