IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**MUIRNA LYNN ODOM**                                                                                      **PLAINTIFF**

V.                                       **CASE NO. 3:25-CV-3011**

**MARION COUNTY QUORUM COURT;
CHUCK VAN VELKINBURGH;
SANDRA LEE; TRAVIS HOPSON;
KOLTON JENSEN; JOHN REED;
LESLIE KERWOOD; WESLEY SHIPMAN;
TOMMY DORSEY; TOMMY DEAN JOHNSON;
SHERIFF GREG ALEXANDER;
DEPUTY RYAN BEASLY; JANE DOES 1-3
and JOHN DOES 1-3**                                                                                     **DEFENDANTS**

### ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 11) filed in this case on May 1, 2025, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**, and the case is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas.

**IT IS SO ORDERED** on this 20th day of May, 2025.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE